JUDGE DAVID GUADERRAMA

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **SEALED** |
| Plaintiff, | § | **CRIMINAL NO. EP-20-CR** |
| | § | **INDICTMENT** |
| **VS.** | § | **Ct. 1:** 18 U.S.C. § 922(a)(6) False Statement During a Firearm Acquisition |
| **PHILLIP ARMENDARIZ,** | § | **Ct. 2:** 18 U.S.C. §922(g)(9) Possession of a Firearm by a Person Convicted of Domestic Violence |
| Defendant. | § | **Ct. 3:** 18 U.S.C. § 924(a)(1)(A) Providing False Information on Records Required to be Maintained by a Federal Firearms Licensee. |
| | § | ***Notice of Government's Demand for Forfeiture*** |

EP20CR1511

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 922(a)(6)]**

That on or about February 11, 2020, in the Western District of Texas, the Defendant,

**PHILLIP ARMENDARIZ,**

in connection with the acquisition of a firearm, to wit: a Smith and Wesson, model SD9VE, 9mm semi-automatic pistol, from F.F.L., a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement intended and likely to deceive said dealer as to a fact material to the lawfulness of the acquisition and sale of said firearms, under Chapter 44 of Title 18, in that: the defendant stated and represented on a Bureau of Alcohol, Tobacco and Firearms Form 4473 the answer "no" in response to the question,

"Have you ever been convicted in any court of a misdemeanor crime of domestic violence?" when in fact the defendant knew he had a prior misdemeanor domestic violence conviction, in violation of Title 18, United States Code, Sections 922(a)(6) & 924(a)(2).

**COUNT TWO**
**[18 U.S.C. §922(g)(9)]**

That on or about February 21, 2020, in the Western District of Texas, the Defendant,

**PHILLIP ARMENDARIZ,**

knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, to wit, a Smith and Wesson, model SD9VE, 9mm semi-automatic pistol and the firearm had traveled in and affected interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

**COUNT THREE**
**[18 U.S.C. § 924(a)(1)(A)]**

That on or about February 11, 2020, within the Western District of Texas, the Defendant,

**PHILLIP ARMENDARIZ,**

knowingly made false statements and representations to F.F.L., an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of F.F.L. in that when defendant executed a Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, defendant falsely indicated that he had not been convicted of a misdemeanor

crime of domestic violence, when in fact he had been convicted, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Firearm Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 922(a)(6) and (g)(9), & 924(a)(1)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to Defendant **PHILLIP ARMENDARIZ** of its intent to seek the forfeiture of any and all property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

**Title 18 U.S.C. § 924.**

* * *

> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

The Notice of Demand of Forfeiture includes but is not limited to the properties described below in Paragraph II.

**II.**
**Personal Property**

1. Smith and Wesson, model SD9VE, 9mm semi-automatic pistol, bearing Serial Number FBP5665;

2. Fifty (50) rounds of 9mm caliber Sellier & Bellot ammunition; and

3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: ____________________
Assistant U.S. Attorney